

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00363-CV

**IN RE PERMIAN HIGHWAY PIPELINE LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Luz Elena Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: September 23, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On July 20, 2020, relator filed a petition for writ of mandamus. Relator also filed a motion for temporary relief pending final resolution of the petition for writ of mandamus, which this court granted on July 22, 2020. The real party in interest filed a response to which relator replied. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15945, styled *Permian Highway Pipeline LLC v. Henry J. Limited Partnership and Central Texas Electric Cooperative, Inc.*, pending in the 216th Judicial District Court, Gillespie County, Texas. The Honorable Albert D. Pattillo, III signed the order at issue in this original proceeding.